UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY ZIMMERLE,<br><br>            Plaintiff,<br><br>     vs.<br><br>W.S.P. MEDICAL SUPERVISORS,<br>STEVEN HAMMOND, RICK CROSS,<br>DR. RODRIGUEZ, PAT RIMA, and<br>MR. DEVON SCHRUM,<br><br>            Defendants. | NO.  CV-08-5093-JPH<br><br>**ORDER ADOPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

Magistrate Judge Hutton filed a Report and Recommendation on March 3, 2009, recommending Mr. Zimmerle's Motion to Voluntarily Dismiss the Complaint (Ct. Rec. 9) be granted and his motion to waive collection of the filing fee (Ct. Rec. 10) be denied.  There being no objections, the Court **ADOPTS** in part and **MODIFIES** in part the Report and Recommendation.

Accordingly, **IT IS ORDERED** Plaintiff's Motion to Voluntarily Dismiss the Complaint **(Ct. Rec. 9)** is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's motion (Ct. Rec. 10) is **GRANTED** and the institution

ORDER ADOPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

having custody of Mr. Zimmerle shall cease collection of the filing fee in this action, cause number **CV-08-5093-JPH**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this _____27th_____ day of April 2009.

                                                S/ Edward F. Shea
                                                  EDWARD F. SHEA
                                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\8cv5093jph-3-25-dis.wpd

ORDER ADOPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2