AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Bobby Zimmerle

v.

WSP Medical Supervisors, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5093-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss the Complaint (Ct. Rec. 9) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| April 27, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |